| | |
|---|---|
| Todd M. Friedman, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>324 S. Beverly Dr., #725<br>Beverly Hills, CA 90212<br>Phone: 877-206-4741<br>Fax: 866-633-0228 | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HOFFER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF(S)<br>v.<br>GREEN NRG GROUP, INC.,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 14-06562 SVW (MRWx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): GREEN NRG GROUP, INC.
      20335 Ventura Blvd. #415, Woodland Hills, CA 91364

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Todd M. Friedman__, whose address is __Law Offices of Todd M. Friedman, 324 S. Beverly Dr., #725, Beverly Hills, CA 90212__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  August 21, 2014         By: /s/ *Jenny Lam*
                                    Deputy Clerk

                                    *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                SUMMONS