**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOYCE HOFFER,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>vs.<br><br>**GREEN NRG GROUP, INC.,**<br><br>Defendant. | Case No. 2:14-cv-06562-SVW-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 6th day of January, 2015.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 6th day of January 2015, with:

**United States District Court CM/ECF system**

Notification sent on this 6th day of January, 2015, via the ECF system to:

Honorable Stephen V. Wilson
United States District Court
Central District of California

And served via mail to:

GREEN NRG GROUP, INC.
20335 Ventura Blvd, Ste 416
Woodland Hills, CA 91364

This 6th day of January, 2015.
By: s/Todd M. Friedman
       Todd M. Friedman

Notice of Dismissal - 2